Michael Patrick Rooney (SBN. 248491)
MICHAEL ROONEY LAW OFFICE
580 California St. Fl. 16
San Francisco, CA 94104
Tel: (415) 533-0282
Fax: (415) 704-3321

Attorney for Adauto REYNOSO, Plaintiff.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adauto REYNOSO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC et al.<br><br>　　　　　　Defendants. | CASE NO.: CV 09-3225 SC<br>RELATED CASE NO: CV 09-3381 SC<br><br>Complaint Filed: 6/15/2009<br><br>**STIPULATION FOR DISMISSAL OF CASE NUMBER CV 09-3381SC AND CONTINUANCE OF NOTICED MOTIONS SCHEDULED FOR SEPTEMBER 11, 2009** |

## STIPULATION

This Stipulation is entered into by and between Plaintiff, Adauto Reynoso, and Defendant PAUL FINANCIAL, LLC, and Defendant SAXON MORTGAGE SERVICES, INC., by and through their attorneys of record, who have been expressly authorized to enter into and sign this Stipulation.

IT IS HEREBY STIPULATED:

1. The parties agree that case number CV 09-3381 SC is duplicative of case number CV 09-3225 SC, and therefore request the dismissal of the duplicative action CV 09-3381 SC.

1

**STIPULATION FOR DISMISSAL OF CASE NUMBER CV 09-3381SC AND
CONTINUANCE OF NOTICED MOTIONS SCHEDULED FOR SEPTEMBER 11, 2009**

2. The parties agree that all pending motions scheduled for September 11, 2009 at 10:00 a.m. may be continued to October 23, 2009 at 10:00 a.m.

3. The parties agree that no prejudice shall arise to any of the parties as a result of the dismissal or continuance stipulated hereto.

Dated: 8/6/09

SCHEER LAW GROUP, LLP

By_____
Jonathan Seigel
Attorney for Defendant PAUL FINANCIAL

Dated:

WRIGHT, FINLAY & ZAK, LLP

By_____
Jonathan D. Fink, Esq.
Attorney for SAXON MORTGAGE SERVICES

Dated: 08/06/2009

MICHAEL ROONEY LAW OFFICE

By_____
Michael Patrick Rooney, Esq.
Attorney for ADAUTO REYNOSO

[Proposed] ORDER

IT IS SO ORDERED.

Dated: August 10, 2009



_____
Honorable Samuel Conti
Judge of the District Court

2
**STIPULATION FOR DISMISSAL OF CASE NUMBER CV 09-3381SC AND CONTINUANCE OF NOTICED MOTIONS SCHEDULED FOR SEPTEMBER 11, 2009**

2. The parties agree that all pending motions scheduled for September 11, 2009 at 10:00 a.m. may be continued to October 23, 2009 at 10:00 a.m.

3. The parties agree that no prejudice shall arise to any of the parties as a result of the dismissal or continuance stipulated hereto.

Dated:      SCHEER LAW GROUP, LLP

By_____
Jonathan Seigel
Attorney for Defendant PAUL FINANCIAL

Dated: August 6, 2009      WRIGHT, FINLAY & ZAK, LLP

By_____
Jonathan D. Fink, Esq.
Attorney for SAXON MORTGAGE SERVICES

Dated: 08/06/2009      MICHAEL ROONEY LAW OFFICE

By_____
Michael Patrick Rooney, Esq.
Attorney for ADAUTO REYNOSO

**[Proposed] ORDER**

**IT IS SO ORDERED.**

Dated: August ___, 2009

_____
Honorable Samuel Conti
Judge of the District Court